AO 121 (Rev.Locally 09/23)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION  ☐ APPEAL | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT<br>CENTAL DISTRICT OF CALIFORNIA | |
|---|---|---|
| DOCKET NO.<br>5:25-cv-00597-SHK | DATE FILED<br>3/7/2025 | |
| PLAINTIFF<br>RAINBOW S.P.A. | | DEFENDANT<br>SECRET WATERFALL LLC, et al. |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | VA0002424966 | Character TECNA of the WINX CLUB Cartoon Series | RAINBOW S.P.A. |
| 2 | PA0002520526 | The Fairy Hunters, et al. | RAINBOW S.R.L.; Iginio Straffi |
| 3 | PA0002520520 | The Princess' Ball. | RAINBOW S.R.L.; Iginio Straffi |
| 4 | PA0002520199 | The Shadow Phoenix. | RAINBOW S.R.L.; Iginio Straffi |
| 5 | PA0002520196 | An Unexpected Event. | RAINBOW S.R.L.; Iginio Straffi |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

DISTRIBUTION:
1) Upon the initiation of an action, a copy is sent to the Register of Copyrights upon filing.
2) If you file a document adding copyright(s), this form must be amended and refiled. A copy is sent to the Register of Copyrights upon filing.
3) Upon termination of action, the Clerk will complete this form and file it. A copy is sent to the Register of Copyrights upon filing.
4) In the event of an appeal, the Appellate Court has access to this form.