# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAINBOW S.p.A., <br><br> Plaintiff <br><br> v. <br><br> SECRET WATERFALL LLC, LAUNCELOT A. DEVAULT, TARAH A. UHRICH, STARLINE MEDIA, INC., AND DAVID NDALAMBA, <br><br> Defendants. | Case No. 5:25-cv-00597-MRA-DTB <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS RAINBOW S.P.A.'S NOTICE OF MOTION AND MOTION FOR LEAVE TO AMEND COMPLAINT [ECF NO. 17]** |

On June 25, 2025, Plaintiff filed a Motion for Leave to Amend the Complaint.

Plaintiff seeks to amend the operative Complaint to include additional factual detail regarding the delayed discovery of Plaintiff's claims and remove causes of action that are no longer applicable.

The Court, having considered Plaintiff's Motion and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows

1. Plaintiff is granted leave to file the Second Amended Complaint; and
2. The Second Amended Complaint is deemed filed and served as of the date of this order.

IT IS SO ORDERED.

Dated: _____

HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE

CLARKHILL\M5070\486618\282622147.v1-6/25/25