1  JAIDEEP VENKATESAN, SBN 211386
   jvenkatesan@be-law.com
2  PETER SOSKIN, SBN 280347
   psoskin@be-law.com
3  BERGESON LLP
   111 N. Market Street, Suite 600
4  San Jose, California 95113
   Telephone: (408) 291-6200
5  Facsimile: (408) 297-6000

6  Attorneys for Defendants
   SECRET WATERFALL LLC,
7  LAUNCELOT A. DEVAULT, AND
   TARAH A. UHRICH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| RAINBOW S.p.A., | Case No. 5:25-0597-MRA(DTBx) |
|---|---|
| Plaintiff, | **DEFENDANTS' STATEMENT REGARDING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT** |
| v. | |
| SECRET WATERFALL LLC, LAUNCELOT A. DEVAULT, TARAH A. UHRICH, STARLINE MEDIA, INC., AND DAVID NDALAMBA, | Judge: Hon. Monica Ramirez Almadani<br>Crtrm.: 10B |
| Defendant. | |

Defendants Secret Waterfall LLC, Launcelot A. Devault and Tarah Uhrich (collectively "Defendants") hereby submit the following statement regarding Plaintiff's Motion for Leave to Amend Complaint.

Defendants do not, in principle, oppose Plaintiff's motion for leave to file a Second Amended Complaint. Dkt. 17. In filing this statement, Defendants do not waive any defense, or their right to challenge the sufficiency of the pleadings themselves.

Plaintiff's proposed Second Amended Complaint, however, contains over 1,400 paragraphs, and is 371 pages long. Dkt. 17-1. The proposed Second Amended Complaint contains 75 counts, including 69 counts of copyright infringement relating to separate copyrights. *Id.* In view of the number of counts and copyrights at issue, Defendants respectfully request forty-five days to respond to Plaintiff's Second Amended Complaint.

Dated: July 7, 2025                                   BERGESON LLP

                                                      By: _____/s/ Jaideep Venkatesen_____
                                                                  Jaideep Venkatesan

                                                      Attorneys for Defendants
                                                      SECRET WATERFALL LLC,
                                                      LAUNCELOT A. DEVAULT, AND TARAH
                                                      A. UHRICH