# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAINBOW S.p.A.,<br><br>　　　　　　　Plaintiff<br><br>　　v.<br><br>SECRET WATERFALL LLC, LAUNCELOT A. DEVAULT, TARAH A. UHRICH, STARLINE MEDIA, INC., AND DAVID NDALAMBA,<br><br>　　　　　　　Defendants. | Case No. 5:25-cv-00597-MRA-DTB<br><br>**ORDER GRANTING PLAINTIFF RAINBOW S.P.A.'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT [17]** |

On June 25, 2025, Plaintiff filed a Motion for Leave to Amend the Complaint. ECF 17. Plaintiff seeks to amend the operative Complaint to include additional factual detail regarding the delayed discovery of Plaintiff's claims and remove causes of action that are no longer applicable. Defendants do not oppose but request 45 days to respond to Plaintiff's Second Amended Complaint due to the length and number of claims included in the proposed Second Amended Complaint. ECF 19.

//
//
//
//

-1-

CLARKHILL\M5070\486618\282622147.v1-6/25/25

The Court, having considered Plaintiff's Motion and finding good cause therefor, hereby **ORDERS** as follows:

1. The hearing on the instant motion set for August 11, 2025, is **VACATED**;

2. Plaintiff is **GRANTED** leave to file the Second Amended Complaint;

3. Plaintiff shall file its Second Amended Complaint as a separate docket entry no later than **August 11, 2025**; and

4. Defendants shall have **45 days** from Plaintiff's filing of the Second Amended Complaint to file their Answer or Motion to Dismiss.

**IT IS SO ORDERED.**

Dated: August 6, 2025

HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE

CLARKHILL\M5070\486618\282622147.v1-6/25/25