**CLARK HILL LLP**
BRADFORD G. HUGHES (SBN 247141)
bhughes@clarkhill.com
555 South Flower Street, 24th Floor
Los Angeles, CA 90071
Telephone: (213) 891-9100
Facsimile: (213) 488-1178

Attorneys for Plaintiff RAINBOW S.p.A.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAINBOW S.p.A.,<br><br>                              Plaintiff<br><br>           v.<br><br>SECRET WATERFALL LLC, LAUNCELOT A. DEVAULT, TARAH A. UHRICH, STARLINE MEDIA, INC., AND DAVID NDALAMBA,<br><br>                              Defendants. | Case No. 5:25-cv-00597-MRA-DTB<br><br>**STIPULATED JOINT SECOND REQUEST TO EXTEND THE DEADLINE FOR DEFENDANTS SECRET WATERFALL LLC, LAUNCELOT A. DEVAULT, AND TARAH A. UHRICH TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT AND DECLARATION OF BRADFORD G. HUGHES**<br><br>*[Filed concurrently with Proposed order]* |

Plaintiff Rainbow S.p.A. ("Plaintiff") and defendants Secret Waterfall LLC, Launcelot A. Devault and Tarah A. Uhrich (collectively referred to herein as "Secret Defendants"), collectively with the Secret Defendants ("Parties"), through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed its initial Complaint in this copyright matter on March 5, 2025 (ECF No. 1);

WHEREAS, on March 24, 2025, before Plaintiff served any party with the initial Complaint, Plaintiff filed a First Amended Complaint (ECF No. 11);

WHEREAS, on April 25, 2025, Plaintiff effectuated service of the First Amended Complaint on the Secret Defendants pursuant to Notices of Acknowledgment of Receipt of Summons and Complaint;

WHEREAS, on May 27, 2025, the Parties filed a Stipulated Joint First Request to Extend the Deadline for Defendants to Respond to Plaintiff's First Amended Complaint which sought an extension of time for the Secret Defendants to respond so that Plaintiff could file a Second Amended Complaint (ECF No. 14) ("First Request to Extend");

WHEREAS, on May 30, 2025, the Court granted the Parties First Request to Extend, which extended the deadline for the Secret Defendants to Respond to July 2, 2025 (ECF No. 15);

WHEREAS, on June 25, 2025, Plaintiff filed a Motion for Leave to Amend and file a Second Amended Complaint (ECF No. 17);

WHEREAS, on August 6, 2025, the Court granted Plaintiff's Motion for Leave to Amend and file a Second Amended Complaint (ECF No. 23);

WHEREAS in the Court's Order granting Plaintiff's Motion for Leave to Amend and file a Second Amended Complaint, the Court ordered that Defendants' response to Plaintiff's Second Amended Complaint would be due 45 days from the date Plaintiff filed its Second Amended Complaint (*id.*);

WHEREAS, Plaintiff filed its Second Amended Complaint on August 11, 2025 (ECF No. 25), making Defendants' response to Plaintiff's Second Amended Complaint due on September 25, 2025;

WHEREAS, on September 18, 2025, the Parties' counsel held a conference of counsel pursuant to Local Rule 7-3 to discuss the Secret Defendants' intent to file a motion to dismiss the Second Amended Complaint;

WHEREAS, the parties agree that good cause exists to extend the deadline for the Rainbow Defendants to respond to the Second Amended Complaint in order to enable Plaintiff to adequately evaluate the issues raised by the Secret

1   Defendants and decide whether to seek to file a Third Amended Complaint;

2          WHEREAS, the case is not yet at issue, as Plaintiff has not yet served all of

3   the defendants named in this action with the Second Amended Complaint;

4          WHEREAS, the Parties agree that a 30 day extension for the Secret

5   Defendants to Respond to Plaintiff's Second Amended Complaint is a reasonable

6   extension in view of the expected time it will take for Plaintiff to decide whether it

7   will seek to file a Motion for Leave to file a Third Amended Complaint and to file

8   the same;

9          WHEREAS, as explained above, the parties have previously sought and

10  received an extensions of time for the Secret Defendants to respond to Plaintiff's

11  opening pleadings in order to address and resolve issues relating to the pleadings

12  between the parties, and to limit the scope of issues brought before the Court in a

13  motion to dismiss;

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

3

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the Parties and their undersigned counsel, that the Parties hereby jointly request that this Court conclude that good cause exists to extend the deadline for the Secret Defendants to respond to Plaintiff's Second Amended Complaint, and that the Secret Defendants have up to and including October 27, 2025 to answer, move, or otherwise respond to Plaintiff's Second Amended Complaint in this action.

Dated:  September 22, 2025          CLARK HILL LLP


                                   By:  /s/ Bradford G. Hughes
                                        Bradford G. Hughes
                                        Attorneys for Plaintiff RAINBOW S.p.A.

Dated:  September 22, 2025          BERGESON, LLP


                                   By:  Jaideep Venkatesan
                                        Jaideep Venkatesan

                                   Attorneys for Defendants
                                   SECRET WATERFALL LLC,
                                   LAUNCELOT A. DEVAULT, AND TARAH
                                   A. UHRICH

**ATTESTATION**

I, Bradford G. Hughes, hereby attest, pursuant to C.D. Cal. Civil Local Rule 5-4.3.4(a)(2)(i), that concurrence to the filing of this document has been obtained from each signatory.

                                        /s/ Bradford G. Hughes
                                        Bradford G. Hughes

4

## DECLARATION OF BRADFORD G. HUGHES

I, Bradford G. Hughes, declare as follows:

1.    I am an attorney at law, duly licensed to practice before the courts of the State of California.  I am a Partner with the law firm of Clark Hill LLP, attorneys of record for Plaintiff RAINBOW S.p.A. in the above-referenced matter.

2.    I submit this Declaration in support of Stipulated Joint Second Request to Extend the Deadline for Defendants Secret Waterfall LLC, Launcelot A. Devault and Tarah A. Uhrich to Respond to Plaintiff's Second Amended Complaint.

3.    I have personal knowledge of the facts set forth herein and if called testify could and would competently testify thereto.

4.    On September 18, 2025, the Parties' counsel held a conference of counsel pursuant to Local Rule 7-3 to discuss the Secret Defendants' intent to file a motion to dismiss the Second Amended Complaint

5.    The Parties agree that a 30 day extension for the Secret Defendants to Respond to Plaintiff's Second Amended Complaint is a reasonable extension in view of the expected time it will take for Plaintiff to decide whether it will seek to file a Motion for Leave to file a Third Amended Complaint and to file the same.

6.    The case is not yet at issue. Plaintiff has been attempting to serve the defendants who have not yet appeared with the Second Amended Complaint.

Executed on this 22nd day of September, 2025 in Los Angeles, California.

/s/ Bradford G. Hughes
Bradford G. Hughes

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action; my business address is 555 South Flower Street, 24th Floor, Los Angeles, California 90071.

On September 22, 2025, I served the foregoing document(s) described as:

**STIPULATED JOINT FIRST REQUEST TO EXTEND THE DEADLINE FOR DEFENDANTS SECRET WATERFALL LLC, LAUNCELOT A. DEVAULT, AND TARAH A. UHRICH TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND DECLARATION OF BRADFORD G. HUGHES**

on the parties in this action:

☑   VIA CM/ECF:  I electronically filed the foregoing document with the Clerk of Court by using the Court's CM/ECF system and the registered CM/ECF users will be served electronically by the CM/ECF system

Executed on September 22, 2025, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*MELISSA DE LOS REYES*
MELISSA DE LOS REYES

STIPULATED JOINT SECOND REQUEST TO EXTEND THE DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT AND DECLARATION OF BRADFORD G. HUGHES, CASE NO. 5:25-0597-MRA(DTBX)