# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAINBOW S.p.A., <br><br> Plaintiff <br><br> v. <br><br> SECRET WATERFALL LLC, LAUNCELOT A. DEVAULT, TARAH A. UHRICH, STARLINE MEDIA, INC., AND DAVID NDALAMBA, <br><br> Defendants. | Case No. 5:25-cv-00597-MRA-DTB <br><br> **ORDER RE STIPULATED JOINT SECOND REQUEST TO EXTEND THE DEADLINE FOR DEFENDANTS SECRET WATERFALL LLC, LAUNCELOT A. DEVAULT, AND TARAH A. UHRICH TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT [26]** |

## **ORDER**

PURSUANT TO THE PARTIES STIPULATED JOINT REQUEST, IT IS HEREBY ORDERED THAT

Good cause exists to extend the deadline for Defendants Secret Waterfall LLC, Launcelot A. Devault and Tarah A. Uhrich to respond to Plaintiff's Second Amended Complaint by thirty days.

The deadline for defendants Secret Waterfall LLC, Launcelot A. Devault and Tarah A. Uhrich to respond to Plaintiff's Second Amended Complaint is now October 27, 2025.

IT IS SO ORDERED.

Dated: September 23, 2025

_____
Hon. Mónica Ramírez Almadani
United States District Court Judge

1

ORDER RE STIPULATED JOINT SECOND REQUEST TO EXTEND THE DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT AND DECLARATION OF BRADFORD G. HUGHES, CASE NO. 5:25-0597-MRA(DTBX)