JAIDEEP VENKATESAN, SBN 211386
jvenkatesan@be-law.com
PETER SOSKIN, SBN 280347
psoskin@be-law.com
BERGESON LLP
111 N. Market Street, Suite 600
San Jose, California 95113
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Defendants
SECRET WATERFALL LLC,
LAUNCELOT A. DEVAULT, AND
TARAH A. UHRICH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RAINBOW S.p.A., <br><br>  Plaintiff, <br><br> v. <br><br> SECRET WATERFALL LLC, LAUNCELOT A. DEVAULT, TARAH A. UHRICH, STARLINE MEDIA, INC., AND DAVID NDALAMBA, <br><br>  Defendant. | Case No. 5:25-0597-MRA(DTBx) <br><br> **DEFENDANTS' STATEMENT REGARDING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT** <br><br> Judge:  Hon. Monica Ramirez Almadani <br> Crtrm.:  10B |

Defendants Secret Waterfall LLC, Launcelot A. Devault, and Tarah Uhrich (collectively "Secret Defendants") hereby submit the following statement regarding Plaintiff's Motion for Leave to Amend Complaint (Dkt. 28).

Secret Defendants do not, in principle, oppose Plaintiff's motion for leave to file a Third Amended Complaint. Dkt. 28. In filing this statement, Secret Defendants do not waive any defense or their right to challenge the sufficiency of the pleadings themselves.

Plaintiff's proposed Third Amended Complaint, however, contains 1,350 paragraphs, and is 380 pages long. Dkt. 28-1. The proposed Third Amended Complaint contains 72 counts, including 66 counts of copyright infringement relating to separate copyrights. *Id.* In view of the number of counts and copyrights at issue, Secret Defendants respectfully request forty-five days to respond to Plaintiff's Third Amended Complaint.

Dated: November 10, 2025　　　　BERGESON LLP

By: ____*/s/ Jaideep Venkatesen*____
　　　　Jaideep Venkatesan

Attorneys for Defendants
SECRET WATERFALL LLC, LAUNCELOT A. DEVAULT, AND TARAH A. UHRICH