UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 5:25-cv-00597-MRA-DTB | Date | November 18, 2025 |
|---|---|---|---|
| Title | *Rainbow S.p.A. v. Secret Waterfall LLC et al.* | | |

| Present: The Honorable | MONICA RAMIREZ ALMADANI, UNITED STATES DISTRICT JUDGE |
|---|---|

| Melissa H. Kunig | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER GRANTING MOTION FOR LEAVE TO AMEND [28]**

Before the Court is Plaintiff's Motion for Leave to Amend Complaint. ECF 28. Plaintiff Rainbow S.p.A. ("Plaintiff") filed this action against Defendants Secret Waterfall LLC, Launcelot A. Devault, Tara A. Uhrich, Starline Media, Inc., and David Ndalamba (collectively, "Defendants") on March 5, 2025. ECF 1. Plaintiff filed an amended complaint on March 24, 2025. ECF 11. The Court granted Plaintiff's unopposed motion to file a Second Amended Complaint on August 6, 2025. ECF 23. Plaintiff filed the Second Amended Complaint on August 11, 2025. ECF 25. Plaintiff filed the instant Motion for Leave to File a Third Amended Complaint on October 24, 2025. ECF 28. On November 10, 2025, Defendants filed a Statement in response to the Motion. ECF 30. Defendants do not oppose but request 45 days to respond to Plaintiff's Third Amended Complaint due to the length and number of claims included in the proposed Third Amended Complaint. *Id.*

The Court, having considered Plaintiff's Motion and finding good cause therefor, hereby **ORDERS** as follows:

1. The hearing on the instant motion set for December 1, 2025, is **VACATED**;

2. Plaintiff is **GRANTED** leave to file the Third Amended Complaint;

3. Plaintiff shall file its Third Amended Complaint as no later than December 1, 2025; and

4. Defendants shall have 45 days from Plaintiff's filing of the Third Amended Complaint to file their Answer or Motion to Dismiss.

**IT IS SO ORDERED.**

                                                                                    - : -
                                    Initials of Deputy Clerk      mku