**CLARK HILL LLP**
BRADFORD G. HUGHES (SBN 247141)
bhughes@clarkhill.com
DAVID HULETT (SBN 347208)
dhulett@clarkhill.com
555 South Flower Street, 24th Floor
Los Angeles, CA 90071
Telephone: (213) 891-9100
Facsimile: (213) 488-1178

Attorneys for Plaintiff RAINBOW S.p.A.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAINBOW S.p.A.,<br><br>　　　　Plaintiff<br><br>　v.<br><br>SECRET WATERFALL LLC, LAUNCELOT A. DEVAULT, TARAH A. UHRICH, STARLINE MEDIA, INC., AND DAVID NDALAMBA,<br><br>　　　　Defendants. | Case No. 5:25-cv-00597-MRA-DTB<br><br>**[PROPOSED] ORDER RE JOINT STIPULATION TO CONTINUE DEADLINE FOR PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION** |

# [PROPOSED] ORDER

PURSUANT TO THE PARTIES JOINT STIPULATION, IT IS HEREBY ORDERED THAT

Good cause exists to extend the deadline for Plaintiff Rainbow S.p.A's Opposition to Defendants Secret Waterfall LLC, Launcelot A. Devault and Tarah A. Uhrich's Motion to Dismiss by thirty (30) days, up to and including March 26, 2026. Defendants shall have up to and including April 9, 2026 to file their Reply in support of the Motion. The hearing on Defendants' Motion to Dismiss shall be continued to April 14, 2026, or to a date to be set by the Court.

IT IS SO ORDERED.

Dated:_____            _____
                                 Hon. Monica Ramirez Almadani
                                 United States District Court Judge

2

[PROPOSED] ORDER RE JOINT STIPULATION TO CONTINUE DEADLINE FOR PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION, CASE NO. 5:25-0597-MRA(DTBX)

ClarkHill\286609708.v1