**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAINBOW S.p.A.,<br><br>          Plaintiff<br><br>          v.<br><br>SECRET WATERFALL LLC, LAUNCELOT A. DEVAULT, TARAH A. UHRICH, STARLINE MEDIA, INC., AND DAVID NDALAMBA,<br><br>          Defendants. | Case No. 5:25-cv-00597-MRA-DTB<br><br>**ORDER JOINT STIPULATION RE: DEADLINES FOR FILING FOURTH AMENDED COMPLAINT AND RESPONSIVE PLEADING [45]** |

Pursuant to the Joint Stipulation Re Deadlines for Filing Fourth Amended Complaint and Responsive Pleading, and for good cause shown, IT IS HEREBY ORDERED that:

1.      Plaintiff shall file its Fourth Amended Complaint on or before **May 29, 2026**; and

2.      Secret Defendants shall file their responsive pleading on or before **June 23, 2026**.

IT IS SO ORDERED.



Dated: April 17, 2026

_____
Hon. Monica Ramirez Almadani
United States District Court Judge

1

ORDER RE JOINT STIPULATION RE: DEADLINES FOR FILING FOURTH AMENDED COMPLAINT AND RESPONSIVE PLEADING, CASE NO. 5:25-0597-MRA(DTBX)