**CLARK HILL LLP**
BRADFORD G. HUGHES (SBN 247141)
DAVID J. HULETT (SBN 347208)
bhughes@clarkhill.com
dhulett@clarkhill.com 555 South Flower Street, 24th Floor
Los Angeles, CA 90071
Telephone: (213) 891-9100
Facsimile: (213) 488-1178

Attorneys for Plaintiff RAINBOW S.p.A.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAINBOW S.p.A., | Case No. 5:25-cv-00597-MRA-DTB |
| Plaintiff | |
| v. | **NOTICE OF WITHDRAWAL OF ECF DOCKET NO. 63** |
| SECRET WATERFALL LLC, LAUNCELOT A. DEVAULT, TARAH A. UHRICH, STARLINE MEDIA, INC., AND DAVID NDALAMBA, | |
| Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT the counsel for Plaintiff Rainbow S.p.A. hereby gives notice that the filing entered as Docket No. 63, filed on July 28, 2026, was inadvertently filed.

The filing was submitted in error and was not intended to be filed in this matter. Accordingly, the undersigned hereby withdraws Docket No. 63 from consideration and respectfully requests that the Court disregard the filing. This Notice is submitted solely to correct the record and is not intended to affect any other filing or pleading in this action.

1

NOTICE OF WITHDRAWAL OF ECF DOCKET NO. 63

CLARKHILL\288889571.v1

WHEREFORE, the undersigned respectfully requests that the Court acknowledge the withdrawal of Docket No. 63 and grant such further relief as the Court deems just and proper.

Dated:  July 29, 2026                CLARK HILL LLP


By:  */s/ Bradford G. Hughes*

Bradford G. Hughes
David J. Hulett
Attorneys for Plaintiff RAINBOW S.p.A.

2

**NOTICE OF WITHDRAWAL OF ECF DOCKET NO. 63**

CLARKHILL\288889571.v1