JAIDEEP VENKATESAN, SBN 211386
jvenkatesan@be-law.com
PETER SOSKIN, SBN 280347
psoskin@be-law.com
BERGESON, LLP
111 N. Market Street, Suite 600
San Jose, California 95113
Telephone:   (408) 291-6200
Facsimile:   (408) 297-6000

Attorneys for Defendants
SECRET WATERFALL LLC,
LAUNCELOT A. DEVAULT, AND
TARAH A. UHRICH

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| RAINBOW S.p.A., | Case No. 5:25-cv-00597-MRA-DTB |
| Plaintiff, | **REPLY IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FIFTH AMENDED COMPLAINT** |
| v. | |
| SECRET WATERFALL LLC, LAUNCELOT A. DEVAULT, TARAH A. UHRICH, STARLINE MEDIA, INC., AND DAVID NDALAMBA, | Judge:  Hon. Monica Ramirez Almadani<br>Crtrm.:  9B<br>Date:   August 18, 2026<br>Time:   10:00 a.m. |
| Defendants. | |

Defendants Secret Waterfall LLC, Launcelot A. Devault, and Tarah A. Uhrich (the "Secret Defendants") submit this Reply in response to Plaintiff Rainbow S.p.A.'s Opposition to Secret Defendants' Request for Judicial Notice. Dkt. 64.

As Rainbow acknowledges, the materials in Secret Defendants' Request for Judicial Notice are the same videos and social media posts that Rainbow itself relies upon as the basis for its infringement claims. Secret Defendants seek judicial notice of these materials to establish their publication dates—dates that are directly relevant to the timeliness of Rainbow's claims.

The publication dates are particularly significant because Rainbow asserts that infringing material was "not promptly removed in 2023, forcing Rainbow to send a cease-and-desist letter in 2024." *See* Rainbow's Opposition to Secret Defendants' Motion to Dismiss, at 1:17–19. But this assertion finds no support in the Fifth Amended Complaint. To the contrary, nearly all of the materials cited in the Fifth Amended Complaint—and referenced in the Request for Judicial Notice—were published years before 2023. A handful date from 2023, but none are from 2024 and none indicate that materials were not removed in 2023. Nor does Rainbow allege that any of these materials purport to depict actual game play as of 2023 or 2024.

Secret Defendants' Request for Judicial Notice is therefore proper because it merely calls the Court's attention to the same publicly available materials that Rainbow has placed at issue in this case.

Dated:  August 4, 2026

Respectfully submitted,

BERGESON, LLP

By:  _____/s/ Jaideep Venkatesan_____
         Jaideep Venkatesan

Attorneys for Defendants
SECRET WATERFALL LLC,
LAUNCELOT A. DEVAULT, AND TARAH
A. UHRICH

REPLY ISO REQUEST FOR JUDICIAL NOTICE ISO MOTION TO DISMISS FIFTH AMENDED COMPLAINT
Case No. 5:25-cv-00597-MRA-DTB