Clark Hill LLP
Bradford G. Hughes (SBN 247141)
bhughes@ClarkHill.com
David J. Hulett (SBN 347208)
dhulett@ClarkHill.com
555 South Flower Street, 24th Floor
Los Angeles, CA 90071
Telephone:   (213) 891-9100
Facsimile:   (213) 488-1178

Attorneys for Plaintiff RAINBOW S.p.A

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RAINBOW S.P.A,<br><br>                              Plaintiff,<br><br>     v.<br><br>SECRET WATERFALL LLC; LAUNCELOT A. DEVAULT; TARAH A. UHRICH; STARLINE MEDIA, INC.; AND DAVID NDALAMBA,<br><br>                              Defendant. | Case No. 5:25-cv-00597-MRA(DTBx)<br><br>**REQUEST FOR TELEPHONIC APPEARANCE; DECLARATION OF BRADFORD G. HUGHES**<br><br>*[FILED CONCURRENTLY WITH [PROPOSED] ORDER]*<br><br>Ctrm:     9B<br>Judge:    Hon. Monica Ramirez Almadani |

**TO THE COURT AND ALL PARTIES:**

**PLEASE TAKE NOTICE** that Bradford G. Hughes, counsel for Plaintiff Rainbow S.p.A., hereby respectfully requests permission to appear telephonically at the hearing on Defendants' Motion to Dismiss Plaintiff's Fifth Amended Complaint, currently scheduled for August 18, 2026 at 10:00 a.m. in the above-captioned matter.

This request is made because counsel serves as Chair of the DRI Trucking Committee and is required to attend a previously scheduled, in-person committee meeting in Chicago on August 18, 2026. Counsel's responsibilities as Committee Chair require his physical presence at the meeting, creating a scheduling conflict with the Court's hearing.

1

REQUEST FOR TELEPHONIC APPEARANCE

Counsel respectfully submits that permitting a telephonic appearance will allow counsel to fulfill this professional obligation while ensuring counsel's full and timely participation in the hearing. Counsel will be available by telephone for the entirety of the hearing, will be fully prepared to address the issues before the Court, and will comply with any procedures or requirements established by the Court for telephonic appearances.

Dated:  August 11, 2026                    CLARK HILL LLP


By: _____
       Bradford G. Hughes

Attorneys for Plaintiff RAINBOW S.p.A

CASE NO.:  5:25-CV-00597-MRA(DTBX)

REQUEST FOR TELEPHONIC APPEARANCE

CLARKHILL\M5070\486618\289060373.v1-8/11/26

# DECLARATION OF BRADFORD G. HUGHES

I, Bradford G. Hughes, declare as follows:

1.     I am an attorney, duly licensed to practice law by the State Bar of California and admitted to the Central District of California.  I am the attorney of record for Plaintiff Rainbow S.p.A., and in that capacity, I am familiar with this matter.

2.     The hearing on Defendants' Motion to Dismiss Plaintiff's Fifth Amended Complaint in this matter is currently scheduled for August 18, 2026 at 10:00 a.m. before this Court.

3.     I serve as Chair of the DRI Trucking Committee and am required to attend a previously scheduled, in-person committee meeting in Chicago on August 18, 2026.

4.     I respectfully request permission to appear telephonically so that I may fulfill this professional obligation without prejudicing my client.

5.     I will make myself available by telephone at the time set for the hearing and will comply with all applicable procedures for telephonic appearances as directed by the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on August 11, 2026 at Los Angeles, California

_____
Bradford G. Hughes

---

REQUEST FOR TELEPHONIC APPEARANCE

CLARKHILL\M5070\486618\289060373.v1-8/11/26